UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN WESLEY SAATIO,
    Plaintiff,

vs.                                          Case No.: 3:22cv9487/LAC/ZCB

ERIC L. COLEY, et al.,
    Defendants.
                                       /

## REPORT AND RECOMMENDATION

      Plaintiff, an inmate of the Santa Rosa Correctional Institution, commenced this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On December 28, 2022, the Court directed Plaintiff to submit three identical and complete service copies of his complaint. (Doc. 10). Plaintiff did not submit any service copies of his complaint within the time allowed. Therefore, on February 10, 2023, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the Court. (Doc. 13). The time for compliance with the show cause order has expired, and Plaintiff has neither responded to the order nor submitted any service copies of his complaint.

      Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to

1

comply with an applicable rule or court order"); *see also Ho v. Costello*, 757 F. App'x 912, 914 (11th Cir. 2018) (affirming *sua sponte* dismissal without prejudice for failure to follow court orders).

At Pensacola, Florida, this 28th day of March 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**